Case 2:12-cv-05690-PD   Document 35   Filed 07/16/13   Page 1 of 1

# Archer&Greiner P.C.
### ATTORNEYS AT LAW

Jeffrey M. Kolansky
jkolansky@archerlaw.com
215-279-9693 Direct

One Liberty Place - 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393
(215) 963-3300 Main
(215) 963-9999 Fax
www.archerlaw.com

July 15, 2013

**FAX AND REGULAR MAIL (267)299-5069**

The Honorable Paul S. Diamond
United States Courthouse
Suite 6613
601 Market Street
Philadelphia, PA  19106

**FILED**

'JUL 1 6 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

     Re:  McGill v. Liciardello, et al.
           No. 12-5690 and related narcotics squad cases

Dear Judge Diamond:

     Per the Court's Order, I spoke with Federal and State authorities regarding the existence, or lack thereof, of open investigations related to the above matters. Although I was expecting a response to my inquiries by this afternoon, it is now after 4:30 p.m. and my contacts have not yet provided me with the information requested. I fully expect resolve this issue within the next couple of days, and I respectfully request the Court to allow me until no later than Friday of this week to provide the Court with a response.

     Thank you for your consideration in this regard,

               Respectfully yours,

               JEFFREY M. KOLANSKY

JMK:bmw

cc:    All plaintiffs' counsel
       All defense counsel

9978565v1