# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHUKUN TIEN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THE CITY OF PHILADELPHIA, POLICE OFFICER BRIAN REYNOLDS, Badge Number 4268, POLICE OFFICER THOMAS LICIARDELLO, Badge Number 4383, POLICE OFFICER MICHAEL SPICER, Badge Number 5180, POLICE OFFICER BRIAN SPEISER, Badge Number 7169, POLICE OFFICER JACKSON, Badge Number 6360 and POLICE OFFICERS JOHN DOE NUMBERS ONE THROUGH TEN, Badge Numbers Unknown** | : : : : : : : : : : : | **NO. 13-705** |

## ORDER

**NOW**, this 10th day of April, 2024, upon consideration of the Motion of Defendants, Officer Thomas Liciardello, Officer Brian Reynolds, Officer Brian Speiser, and Officer Michael Spicer, to Compel Plaintiff's Discovery Responses (Doc. No. 48), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. No later than **April 26, 2024**, the plaintiff shall serve upon counsel for the defendants full and complete answers to Moving Defendants' First Set of Interrogatories Directed to Plaintiff, responses to Moving Defendants' First Set of Requests for Production of Documents Directed to Plaintiff, together with all requested documents, and Requests for Admission Directed to Plaintiff.

2. Plaintiff shall organize and label the documents to correspond with the categories in the Requests.

3. Plaintiff's written response to each Request shall state, where appropriate, that he has no documents responsive to the given Request and shall be accompanied by a certification t

 hat no such documents exist.

_____
TIMOTHY J. SAVAGE, J.